UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hashimi,

                         Plaintiff,

       -against-

Ima Pizza Store 21 LLC et al,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/09/2018

1:18-cv-05040 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, United States Magistrate Judge:**

       The parties having advised the Court via Letter-Motion (ECF No. 34) that all claims asserted herein have been settled, it is hereby ORDERED that the above-captioned action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated. To be clear, any application to reopen must be filed within thirty (30) days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis.

       Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close this case.

**SO ORDERED.**

DATED:     New York, New York
              October 9, 2018

                                                      _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge